FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 7 2015

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:15CR 00148 BSM |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| SPENCER GOUDY | ) | 18 U.S.C. §§ 2251(a) & (e) |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 3583 |
| | ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about March 2014, through in or around May 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, Jane Doe 1, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Rape, in violation of A.C.A. § 5-14-103.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

From in or about January 2014, through in or around May 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, Jane Doe 2, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense

under Arkansas law, Sexual Assault – 4th Degree, in violation of A.C.A. § 5-14-127.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

From in or about January 2014, through in or around May 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, Jane Doe 3, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Assault – 4th Degree, in violation of A.C.A. § 5-14-127.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

From in or about March 2014, through in or around May 2015, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, Jane Doe 5, who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Assault – 4th Degree, in violation of A.C.A. § 5-14-127.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

From in or about January 2014, through in or around May 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

did employ, use, persuade, induce, entice, and coerce a minor, Jane Doe 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SIX

From in or about January 2014, through in or around May 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

did employ, use, persuade, induce, entice, and coerce a minor, Jane Doe 4, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was

actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United States Code, Section 2251(a).

## COUNT SEVEN

On or about May 28 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SPENCER GOUDY,

did knowingly possess and access with intent to view one or more matters which contained an image of a child engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)